**United States Bankruptcy Court**
**Eastern District of New York**

In re     **1230 Holding LLC**                                              Case No.

Debtor(s)                    Chapter     **11**

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    **July 20, 2026**                    **/s/ Joseph Friedman**

**Joseph Friedman**/**Manager**
Signer/Title

Date:    **July 20, 2026**                    **/s/ Adam P. Wofse, Esq.**

Signature of Attorney
**Adam P. Wofse, Esq.**
**LaMonica Herbst & Maniscalco, LLP**
**3305 Jerusalem Avenue, Suite 201**
**Wantagh, NY 11793**
**516-826-6500**

1363 Finley LLC
314 McDonald Avenue
Brooklyn, NY 11218

1453 Holdings LLC
314 McDonald Avenue
Brooklyn, NY 11218

A. Delacruz
1230 East Tremont Avenue
Unit 3A
Bronx, NY 10460

Acevedo, Jose E.
1230 East Tremont Avenue
Unit 6C
NY 10406

Alzokary
1230 East Tremont Avenue
Unit 5F
Bronx, NY 10460

Arevalo, Carlos
1230 East Tremont Avenue
Unit 5A
Bronx, NY 10460

Asher E. Taub, Esq.
2115 Avenue U
Brooklyn, NY 11229

AT&T Wireless
1230 East Tremont Avenue
ROOF
Bronx, NY 10460

Banda, Sabino
1230 East Tremont Avenue
Unit 8C
Bronx, NY 10460

Bravo Ortega
1230 East Tremont Avenue
Unit 1B
Bronx, NY 10460


Cantarero, Olbin
1230 East Tremont Avenue
Unit 7D
Bronx, NY 10460


Century Holding LLC
314 McDonald Avenue
Brooklyn, NY 11218


Cespedes Reyes
1230 East Tremont Avenue
Unit 1D
Bronx, NY 10460


Clear Channel
1230 East Tremont Avenue
Unit 76B
Bronx, NY 10460


Cruz, Cesar
1230 East Tremont Avenue
Unit 8B
Bronx, NY 10460


Dehernandez
1230 East Tremont Avenue
Unit 8D
Bronx, NY 10460


Demetrio, David
1230 East Tremont Avenue
Unit 3C
Bronx, NY 10460


Diaz, Roberto
1230 East Tremont Avenue
Unit 6E
Bronx, NY 10460

E.H.M., an Infant
c/o Edian Yaneira Minyety
1230 East Tremont Avenue
Unit 4D
Bronx, NY 10460


Espinoza, Adan
1230 East Tremont Avenue
Unit 8F
Bronx, NY 10460


Fernandez-Herna
1230 East Tremont Avenue
Unit 10F
Bronx, NY 10460


Fibertower
1230 East Tremont Avenue
ANT
Bronx, NY 10460


Flagstar Bank, N.A.
5151 Corporate Drive
Mail Stop E-20301
Troy, MI 48098


Gonzalez DE
1230 East Tremont Avenue
Unit 7B
Bronx, NY 10460


Gonzalez Jr.
1230 East Tremont Avenue
Unit 7A
Bronx, NY 10460


Gonzalez, Ishrael
1230 East Tremont Avenue
Unit 7E
Bronx, NY 10460


Gonzalez, Sasha
1230 East Tremont Avenue
Unit 5C
NY 10406

Hernandez
1230 East Tremont Avenue
Unit 4C
Bronx, NY 10460


Isersa Marlenny
1230 East Tremont Avenue
Unit 9B
Bronx, NY 10460


Jolina, Amy
1230 East Tremont Avenue
Unit 6F
Bronx, NY 10460


Joshua Goldblatt
Oresky & Associates PLLC
149 East 149th Street
Bronx, NY 10451


Joya, Juventina
1230 East Tremont Avenue
Unit 4F
Bronx, NY 10460


Lantigua, Cirio R.
1230 East Tremont Avenue
Unit 3F
Bronx, NY 10460


Leufroy, Jahaira
1230 East Tremont Avenue
Unit 3E
Bronx, NY 10460


Lopez, Esperanza
1230 East Tremont Avenue
2F
Bronx, NY 10460


Lopez, Pascauala
1230 East Tremont Avenue
Unit 9A
Bronx, NY 10460

```
Lopez-Ramos
1230 East Tremont Avenue
Unit 7C
Bronx, NY 10460


Martinez, Pedro
1230 East Tremont Avenue
Unit 1E
Bronx, NY 10460


Martoral, Omaira
1230 East Tremont Avenue
Unit 3D
Bronx, NY 10460


Minor-Juarez
1230 East Tremont Avenue
Unit 9F
Bronx, NY 10460


Minyety-Mejia
1230 East Tremont Avenue
Unit 4D
Bronx, NY 10460


Miranda-Gabriel
1230 East Tremont Avenue
4A
Bronx, NY 10460


Miranda-Gabriel
1230 East Tremont Avenue
Unit 5B
Bronx, NY 10460


Neri-Beltran
1230 East Tremont Avenue
3B
Bronx, NY 10460


Noble Supply Co.
314 McDonald Avenue
Brooklyn, NY 11218
```

```
Ojeda, Nilda
1230 East Tremont Avenue
Unit 5E
Bronx, NY 10460


Ortega Bravo
1230 East Tremont Avenue
Unit 1B
Bronx, NY 10460


Ortega, Sergio
1230 East Tremont Avenue
Unit 6B
NY 10406


Ortega-Cipriano
1230 East Tremont Avenue
Unit 9E
Bronx, NY 10460


Ortega-Ovalles
1230 East Tremont Avenue
Unit 10C
Bronx, NY 10460


Ovalles
1230 East Tremont Avenue
Unit 10E
Bronx, NY 10460


Paulino-Rodrigue
1230 East Tremont Avenue
Unit 4B
Bronx, NY 10460


Payero, Barbara
1230 East Tremont Avenue
Unit 2B
Bronx, NY 10460


Pilgrim Realty LLC
314 McDonald Avenue
Brooklyn, NY 11218
```

Pina, Fatima S.
1230 East Tremont Avenue
Unit 1C
Bronx, NY 10460

Puerta, Joel
1230 East Tremont Avenue
Unit 9C
Bronx, NY 10460

Ramos, Gigi
1230 East Tremont Avenue
Unit 2D
Bronx, NY 10460

Rodriguez
1230 East Tremont Avenue
Unit 10B
Bronx, NY 10460

Rueli, Wailer
1230 East Tremont Avenue
Unit 10D
Bronx, NY 10460

Ruiz, Jessica L
1230 East Tremont Avenue
Unit 2C
Bronx, NY 10460

Sanchez, Jose F.
1230 East Tremont Avenue
Unit 8E
Bronx, NY 10460

Santos, Sandra
1230 East Tremont Avenue
Unit 4E
Bronx, NY 10460

Sidibe, Mahamed A.
1230 East Tremont Avenue
Unit 9D
Bronx, NY 10460

Soto, Franklin
1230 East Tremont Avenue
Unit 1F
Bronx, NY 10460


Stewart, Brenda
1230 East Tremont Avenue
Unit 2E
Bronx, NY 10460


T-Mobile
1230 East Tremont Avenue
T-MOBL
Bronx, NY 10460


Torres, Felicita
1230 East Tremont Avenue
Unit 6A
Bronx, NY 10460


Vasquez, Jennifer
1230 East Tremont Avenue
Unit 6D
Bronx, NY 10460


Vista Media
1230 East Tremont Avenue
76
Bronx, NY 10460